**James C. Mahan**
**U.S. District Judge**

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DERMOT D. GIVENS,<br><br>      Plaintiff,<br><br>v.<br><br>E. BRENT BRYSON,<br><br>      Defendant. | 2:11-CV-20 JCM (GWF) |

## ORDER

Presently before the court is the matter of *Givens v. Bryson* (Case No. 2:11-cv-00020-JCM-GWF).

Federal Rule of Civil Procedure 4(m) provides: "If a defendant is not served within 120 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice."

Plaintiff filed the complaint on January 14, 2011. (Doc. #1). Pursuant to Federal Rule of Civil Procedure 4(m), on July 12, 2011, the clerk of the court provided notice to the plaintiff that the action would be dismissed as to defendant E. Brent Bryson, if plaintiff did not file proof of service of process by August 11, 2011. (Doc. #8).

To date, plaintiff has failed to file proof of service with the court as to defendant E. Brent Bryson.

1  Accordingly,

2  IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the above-captioned case

3  be, and the same hereby is, DISMISSED without prejudice.

4  DATED August 17, 2011.

                                            _____
                                            UNITED STATES DISTRICT JUDGE